Case 1:12-cv-01835-EGS   Document 17   Filed 11/26/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERRERA CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 12-1835 (EGS) |
| **THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,** | ) ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through counsel, hereby stipulate to the dismissal of this case, in its entirety, without prejudice. The parties, therefore, concur that this entire case should be, and hereby is, dismissed. The parties further stipulate that they will bear their own fees and costs in this matter.

Dated: November 26, 2012                         Respectfully submitted,

*/s/ Robert J. Symon*                             */s/ Oliver W. McDaniel*
Robert J. Symon D.C. Bar # 436245                 RONALD C. MACHEN JR., D.C. Bar # 447889
Eric A. Frechtel D.C. Bar # 476967                United States Attorney
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350                   DANIEL F. VAN HORN, D.C. Bar # 924092
Washington, D.C.  20036                           Chief, Civil Division
P: 202.719.8294
F: 202.719.8394
rsymon@babc.com                                   OLIVER W. McDANIEL, D.C. Bar #377360
efrechtel@babc.com                                Assistant United States Attorney
                                                  Civil Division
Edward T. DeLisle (admitted *pro hac vice*)       555 4th Street, N.W.
Maria L. Panichelli (admitted *pro hac vice*)     Washington, D.C. 20530
Cohen Seglias Pallas Greenhall & Furman           (202) 514-7135 / (202) 514-8780 (Facsimile)
United Plaza, 19th Floor
30 South 17th Street                              oliver.mcdaniel@usdoj.gov
Philadelphia, PA 10103
P: 215.564.1700
                                                  *Counsel for the Defendant*

*Counsel for Plaintiff*